### Henry H. Staley v. James Barhite, and Mary his Wife.

IN error on *certiorari*, Ostrander submitted that the judgment obtained against the now plaintiff, by the present defendants, ought to be reversed. 1st. Because the wife was joined in the action below,

which was assumpsit, without showing how she had any interest.   2d. Because it appeared from the record, that a person not a constable was sworn to attend the jury, and for these reasons the judgment was accordingly reversed.